UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS DRAYDEN III,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE WOODFORD, et al.,<br><br>Defendants. | No. 2:05-CV-1028-MCE-KJM-P<br><br>**ORDER RE: DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

**ORDER**

Having considered plaintiff's opposition, nevertheless good cause having been shown, defendant's request for a sixty-day extension of time to and including November 15, 2006, to file a dispositive motion in this matter, is granted.

DATED: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

drayden-eot.wpd

1

Order RE Defendant's Request for an Extension of Time