IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN THOMAS DRAYDEN, III,

    Plaintiff,                          No. CIV S-05-1028 MCE KJM P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.           <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to file and serve an opposition to defendant's October 26, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 7, 2006 request for an extension of time is granted; and

        2. Plaintiff shall file and serve an opposition to defendant's motion to dismiss on or before December 6, 2006. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: November 20, 2006.

                                                   U.S. MAGISTRATE JUDGE

/mp
dray1028.36