IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN THOMAS DRAYDEN, III,

      Plaintiff,                                No. CIV S-05-1028 MCE KJM P

      vs.

JEANNE WOODFORD, et al.,

      Defendants.                    ORDER

_____/

        On October 26, 2006, defendant filed a motion to dismiss under the authority of Federal Rule of Civil Procedure 12(b) and for summary judgment under the authority of Federal Rule of Civil Procedure 56. Although plaintiff received additional time in which to file his opposition, he has not opposed the motion.

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On January 17, 2006, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

1 inherent power of the Court." In the order filed January 17, 2006, plaintiff was advised that
2 failure to comply with the Local Rules may result in a recommendation that the action be
3 dismissed.

4      Good cause appearing, IT IS HEREBY ORDERED that:

5      1. Within thirty days of the date of this order, plaintiff is directed to file his
6 opposition or statement of non-opposition to the motion to dismiss and for summary judgment.
7 Failure to file an opposition will be deemed as a failure to prosecute and shall result in a
8 recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b);
9 and

10      2. The dates for pretrial statement, pretrial conference, and trial are hereby
11 vacated.

12 DATED: January 8, 2007.

_____
U.S. MAGISTRATE JUDGE

2
dray1028.46osc