IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN THOMAS DRAYDEN, III,

       Plaintiff,                    No. CIV S-05-1028 MCE KJM P

   vs.

JEANNE WOODFORD, et al.,

       Defendants.             <u>ORDER</u>

                             /

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: January 24, 2007.

                                                       U.S. MAGISTRATE JUDGE

/bb
dray1028.59a

1