IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN THOMAS DRAYDEN, III,

   Plaintiff,      No. CIV S-05-1028 MCE KJM P

 vs.

JEANNE WOODFORD, et al.,

   Defendants.    <u>ORDER</u>

_____/

   Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE